UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR SINGLETON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>FIFTH GENERATION, INC., d/b/a TITO'S HANDMADE VODKA,<br><br>　　　　Defendant. | Case No.: 5:15-CV-0474 (BKS/TWD)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: March 16, 2017<br><br>Time: 10 a.m.<br><br>Judge: Hon. Brenda K. Sannes |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff in the above captioned matter hereby moves before the Honorable Brenda K. Sannes on March 16, 2017, at 10 a.m or as soon thereafter as counsel can be heard, at the United States District Court, Northern District of New York, 100 South Clinton Street, Syracuse, New York, for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to: (i) certify a class defined as "all persons in New York who, within the Class Period, purchased Tito's Handmade Vodka"; (ii) appoint Trevor Singleton as representative of the Class; and (iii) to appoint Levi & Korsinsky, LLP as Class Counsel.  In support of this motion, Plaintiff will submit a memorandum of law and the Declaration of Shannon L. Hopkins.  Oral argument is requested.

DATED: February 3, 2017                **LEVI & KORSINSKY LLP**

                                        By:   */s/ Eduard Korsinsky* _____
                                               Eduard Korsinsky (EK 516760)
                                               Shannon L. Hopkins (*pro hac vice*)
                                               shopkins@zlk.com
                                               Nancy A. Kulesa (*pro hac vice*)
                                               nkulesa@zlk.com
                                               Courtney Maccarone
                                               cmaccarone@zlk.com
                                               Stephanie A. Bartone (*pro hac vice*)
                                               sbartone@zlk.com
                                               733 Summer Street, Suite 304
                                               Stamford, CT 06901
                                               Telephone: (212) 363-7500
                                               Facsimile: (866) 367-6510

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR SINGLETON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FIFTH GENERATION, INC., d/b/a TITO'S HANDMADE VODKA,<br><br>    Defendant. | Case No.: 5:15-CV-0474 (BKS/TWD)<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE**<br><br>Date: March 16, 2017<br><br>Time: 10 a.m.<br><br>Judge: Hon. Brenda K. Sannes |

## PROOF OF SERVICE

I, the undersigned, declare:

That declarant is and was, at all relevant times herein mentioned, a citizen of the United States, over the age of 18 years, and not a party to the within action.  My business address is 733 Summer Street, Suite 304, Stamford, CT 06901.

On February 3, 2017, I served the following documents on all parties:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION;**

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION; AND**

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on February 3, 2017, at Stamford, Connecticut.

_____
Shannon L. Hopkins