| | | |
|---|---|---|
| TREVOR SINGLETON, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff,* | § § | Case No.: 5:15-CV-0474 (BKS/TWD) |
| vs. | § § § § § § | |
| FIFTH GENERATION, INC., d/b/a TITO'S HANDMADE VODKA, | § § § | Judge Brenda K. Sannes Magistrate Judge Terese Wiley Dancks |
| *Defendant.* | § § | CLASS ACTION |

## DECLARATION OF RICKY L. SHACKELFORD

I, Ricky L. Shackelford, declare as follows:

1.      I am a partner with the law firm of Greenberg Traurig, LLP in its Los Angeles, California, office and have been admitted to appear pro hac vice as counsel of record for Defendant Fifth Generation, Inc. d/b/a Tito's Handmade Vodka ("Fifth Generation") in the above-captioned action. I respectfully submit this declaration in support of Fifth Generation's request for a sealing order as to certain exhibits.

2.      Attached as Exhibit 1 is a true and correct copy of a letter I received from the U.S. Alcohol and Tobacco Tax and Trade Bureau ("TTB") as counsel for Fifth Generation in connection with the deposition testimony of former TTB official, Michael Littlejohn, in *Hofmann v. Fifth Gen., Inc.*, No. 14-CV-2569 JM(JLB) (S.D. Cal.).  The deposition was cross-noticed for the *Cabrera v. Fifth Gen., Inc.*, No. 14-CV-2990-JM(JLB) (S.D. Cal.) (companion case to *Hofmann*).

3.      Attached as Exhibit 2 is a true and correct copy of an email string I received from the TTB and plaintiff's counsel in the *Hofmann/Cabrera* cases.

4.      Attached as Exhibit 3 is a true and correct copy of a letter that was provided by Tito Beveridge on behalf of Fifth Generation to Mr. Littlejohn in connection with the above-referenced deposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 6, 2017 at Los Angeles California.

GREENBERG TRAURIG, LLP

By: *Ricky L. Shackelford*
Ricky L. Shackelford



**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
WASHINGTON, D.C. 20005

CHIEF COUNSEL

AL-96576:rha

January 8, 2015

**VIA ELECTRONIC TRANSMISSION:**

GREENBERG TRAURIG, LLP
Ricky Lynn Shackelford
shackelfordr@gtlaw.com
Matthew R. Gershman
gershmanm@gtlaw.com
1840 Century Park East
Suite 1900
Los Angeles, CA 90067

CUNEO GILBERT & LADUCA, LLP
Jonathan W. Cuneo, Esq.
jonc@cuneolaw.com
Taylor Asen, Esq.
tasen@cuneolaw.com
507 C Street, NE
Washington, DC 20002

Attorneys for Defendant,
Fifth Generation, Inc.

Attorneys for Plaintiff,
Gary Hofmann, an individual and on behalf
of all others similarly situated

**Re: Gary Hofmann v. Fifth Generation, Inc., Civil Action No. 14-CV-2569**

We are writing with regard to the deposition scheduled to be taken of Michael Littlejohn, a former employee of the Alcohol & Tobacco Tax & Trade Bureau (TTB) in the above-referenced litigation on January 11, 2016, pursuant to a subpoena issued by Greenberg Traurig, LLP, and served on December 15, 2015. The matters to be covered in the deposition were undescribed, but the subpoena also requested "all documents in your possession pertaining to Fifth Generation generated by you or received during your employment with the Alcohol & Tobacco Tax & Trade Bureau."

This letter serves to notify the parties to the pending litigation that TTB has not raised an objection to Mr. Littlejohn providing testimony in response to the subpoena. However, as we have already informed Mr. Littlejohn, there are limits based on statute and privilege on the permissible content of his testimony. With respect to information regarding Fifth Generation, Inc. or any other industry member, Mr. Littlejohn may only disclose information protected by the confidentiality provisions of the Internal Revenue Code[1] and the Trade Secrets Act[2] with the consent of the industry member in question,

---

[1] 26 U.S.C. § 6103.

[2] 18 U.S.C. § 1905.

Exhibit H-1

or attorneys authorized to consent on behalf of the industry member through the exercise of a power of attorney. Unauthorized disclosure of some types of confidential information can have criminal consequences.[3]

In addition, we have reminded Mr. Littlejohn that TTB maintains privilege over pre-decisional deliberations that he may have been privy to during his employment with TTB. These privileges, like the confidentiality provisions discussed above, do not expire with an employee's retirement from Federal service.

I hope that this letter has served to help the participants in the upcoming deposition to better understand the rules regarding the disclosure of information by a former TTB employee in the context of litigation to which the bureau is not a party. The bureau does not seek to influence the outcome of the pending litigation, nor to interfere with lawful discovery requests. If you have any additional questions regarding the contents of this letter, or wish to discuss this matter further, please contact Robert Atkins, Senior Counsel, at 202-453-2231.

Sincerely,

Anthony P. Gledhill
Chief Counsel

By: *Gonzalo Vallecillo*

Gonzalo A. Vallecillo
Assistant Chief Counsel
(General Law and Ethics)

Cc: Michael Littlejohn: mikelittlehow@gmail.com

---

[3] See, 26 U.S.C. 6103, 7213.

| | |
|---|---|
| **From:** | Atkins, Robert H. <Robert.Atkins@ttb.gov> |
| **Sent:** | Friday, January 08, 2016 1:55 PM |
| **To:** | 'Taylor Asen'; Shackelford, Rick L. (Shld-LA-LT); Gershman, Matthew R. (Assoc-LA-LT); Jon Cuneo |
| **Cc:** | 'mikelittlehow@gmail.com'; 'Marcy Greer' |
| **Subject:** | RE: [EXTERNAL]RE: Deposition Testimony by Mr. Michael Littlejohn - Gary Hofmann v. Fifth Generation, Inc., Civil Action No. 14-CV-2569 |

Good afternoon Mr. Asen,

Your understanding is correct.  Certain substantive information regarding the contents of a COLA are treated as proprietary to the applicant, such as pending and denied applications per 27 CFR 13.61(a).  The applicant may decide to authorize the disclosure of such information.  However, the substance of the bureau's internal deliberations as to whether or not to take an official action, including the approval of a COLA application, is protected by the deliberative process privilege.  With respect to this information, the privilege is maintained by the agency and cannot be waived by an individual employee or former employee.

Please let me know if you have any additional questions.

Kind regards,

Robert

**From:** Taylor Asen [mailto:tasen@cuneolaw.com]
**Sent:** Friday, January 08, 2016 4:09 PM
**To:** Atkins, Robert H. <Robert.Atkins@ttb.gov>; 'shackelfordr@gtlaw.com' <shackelfordr@gtlaw.com>; 'gershmanm@gtlaw.com' <gershmanm@gtlaw.com>; Jon Cuneo <JonC@cuneolaw.com>
**Cc:** 'mikelittlehow@gmail.com' <mikelittlehow@gmail.com>; 'Marcy Greer' <mgreer@adjtlaw.com>
**Subject:** [EXTERNAL]RE: Deposition Testimony by Mr. Michael Littlejohn - Gary Hofmann v. Fifth Generation, Inc., Civil Action No. 14-CV-2569

Mr. Atkins,

Thank you for this very informative letter, and please thank Mr. Vallecillo for us as well.  For the sake of clarification, I read Mr. Vallecillo as saying that while Fifth Generation *can* consent to the disclosure of confidential information, Fifth Generation *cannot* consent to disclosure of information on "pre-decisional deliberations" on its COLA application.  Is that correct?

Best,

Taylor Asen

**From:** Atkins, Robert H. [mailto:Robert.Atkins@ttb.gov]
**Sent:** Friday, January 08, 2016 2:03 PM
**To:** 'shackelfordr@gtlaw.com' <shackelfordr@gtlaw.com>; 'gershmanm@gtlaw.com' <gershmanm@gtlaw.com>; Jon Cuneo <JonC@cuneolaw.com>; Taylor Asen <tasen@cuneolaw.com>
**Cc:** 'mikelittlehow@gmail.com' <mikelittlehow@gmail.com>; 'Marcy Greer' <mgreer@adjtlaw.com>

Exhibit H-2

**Subject:** Deposition Testimony by Mr. Michael Littlejohn - Gary Hofmann v. Fifth Generation, Inc., Civil Action No. 14-CV-2569

Good afternoon,

Please find attached a letter to counsel for both parties to the above-referenced litigation regarding the testimony of Mr. Michael Littlejohn to be taken at the deposition scheduled for Monday, January 11, 2016. I am available if you have any questions regarding the attached.

Kind regards,

*Robert H. Atkins*
Senior Counsel
Alcohol and Tobacco Tax and Trade Bureau (TTB)
Department of the Treasury
(202) 453-2231
(202) 453-2962 (Direct FAX to Outlook)
Email: Robert.Atkins@ttb.gov

The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.



## Tito's
### Handmade
### VODKA
Crafted in an Old-Fashioned Pot Still
by America's Original Microdistillery

AUSTIN ★ TEXAS

# Fifth Generation, Inc.

12101 Moore Rd.
Austin, TX 78719
512-389-9011
Fax 512-243-8050
www.titosvodka.com

January 11, 2016

Michael Louis Littlejohn
608 Longhorn Drive
Wylie, Texas 75098

Re:   Your January 11, 2016, Deposition in *Hofmann v. Fifth Generation, Inc.* and *Cabrera v. Fifth Generation, Inc.*

Dear Mike:

Enclosed please find an original of a power of attorney authorizing you to share confidential tax, trade secret, and other protected information—including, but not limited to information subject to 26 U.S.C. §§ 6103 & 7213 and 18 U.S.C. § 1905—regarding Fifth Generation, Inc. with my attorney, Marcy Hogan Greer. The scope of this authorization includes all communications between the Alcohol and Tobacco Tax and Trade Bureau (and its predecessor agency, the Bureau of Alcohol, Tobacco, and Firearms) ("TTB") and Fifth Generation, as well as all investigations and audits by the TTB. It also covers all time periods during which Fifth Generation has been regulated by the TTB including, but not limited to the 2005-06 audit of Fifth Generation.

This letter is also my authorization to you to share the information described in the prior paragraph with the other attorneys and the court reporter and videographer who may attend your deposition, scheduled for January 11, 2016, in Dallas, Texas, in the confidential context of that deposition and pursuant to the protective orders issued in the above-referenced cases.

Sincerely,

Bert B. Beveridge II (Tito), President
Fifth Generation, Inc.

Exhibit H-3

# DEPARTMENT OF THE TREASURY
## ALCOHOL AND TOBACCO TAX AND TRADE BUREAU (TTB)

# TAX INFORMATION AUTHORIZATION

(PURSUANT TO TITLE 26 OF THE UNITED STATES CODE AND THE FEDERAL ALCOHOL ADMINISTRATION ACT)
IMPORTANT - Please read instructions before completing this form.
*(Prepare in duplicate)*

## PART I - AUTHORIZATION

| | |
|---|---|
| **1. PRINCIPAL**<br><br>Bert Beveridge / Fifth Generation, Inc. | **2. ADDRESS** *(Number, Street, City, State, ZIP Code)*<br><br>12101 Moore Road, Austin, TX 78719 |

**3. BUSINESS IN WHICH ENGAGED**

Distilled Spirits

| | |
|---|---|
| **4. NAME OF REPRESENTATIVE** *(Attorney, Certified Public Accountant, or Agent)*<br>Marcy Hogan Greer | **5. ADDRESS** *(Number, Street, City, State, ZIP Code)*<br>515 Congress Avenue, Suite 2350<br>Austin, Texas 78701-3562 |

**6. THE ABOVE-NAMED REPRESENTATIVE IS HEREBY AUTHORIZED TO:** *(See Instruction 3)*

*Check applicable box(es)*

a. ☑ Receive from, or inspect in, any office of the Director, National Revenue Center, and/or the Administrator, Alcohol and Tobacco Tax and Trade Bureau, any confidential information on behalf of the principal.

b. ☐ Receive from, or inspect in, such office(s) confidential information with respect to:

_____

_____

_____

c. ☑ Receive the original of any ruling *(or correspondence in connection therewith)* on behalf of the principal.

d. ☑ Receive copies of notices and other written communications addressed to the principal involving confidential tax matters.

**7. THE SIGNATURE OF THE REPRESENTATIVE HEREBY AUTHORIZED TO RECEIVE CONFIDENTIAL INFORMATION**

*Marcy Hogan Greer*

**8. SIGNATURE OF OR FOR PRINCIPAL(S)** *(If a corporate officer, partner, or fiduciary signs below on behalf of the principal, the following statement of authority applies)*

I certify that I have the authority to execute this Tax Information Authorization on behalf of the principal.

| SIGNATURE | TITLE *(If applicable)* | DATE | CORPORATE SEAL *(If applicable)* |
|---|---|---|---|
| *Bert Beveridge* | President | 8/25/15 | |
| SIGNATURE | TITLE *(If applicable)* | DATE | |
| SIGNATURE | TITLE *(If applicable)* | DATE | |
| SIGNATURE | TITLE *(If applicable)* | DATE | |

## PART II - DECLARATION BY ATTORNEY OR CERTIFIED PUBLIC ACCOUNTANT *(See Instruction 5)*

9. I declare that I am not currently under suspension or disbarment from practice before the Alcohol and Tobacco Tax and Trade Bureau; that

a. ☑ I am a member in good standing of the bar of the highest court of ___Texas_____

b. ☐ I am qualified to practice as a certified public accountant in _____

and; that I am authorized to represent ___Fifth Generation, Inc. and Bert Beveridge_____

| SIGNATURE | DATE |
|---|---|
| *Marcy Hogan Greer* | 1/8/16 |

TTB F 5000.19 (12/2009)